UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                             :

DARRYL BROWN,                                  :

                                Petitioner,      :

                                                    :          20-CV-10491 (VSB)

               -against-                 :

                                                    :              **<u>ORDER</u>**

LETITIA JAMES, et al.,               :

                                                    :

                            Respondents.  :

---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Petitioner's letter filed on August 7, 2023 requesting that the Clerk of the Court "notify [him] by mail if Mr. Jackson did file a Notice of Appeal on [his] behalf, or if he failed to do so." (Doc. 19.) Petitioner's counsel, Mr. Jackson, is ordered to provide a status update addressing the letter on or before October 12, 2023.

SO ORDERED.

Dated:     October 5, 2023
             New York, New York

                                                               _____
                                                                Vernon S. Broderick
                                                                United States District Judge