```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL BROWN,                                               :
                                  Petitioner,               :
                                                            :
            -against-                                       :
                                                            :       20-CV-10491 (VSB)
LETITIA JAMES, et al.,                                      :
                                                            :
                                  Respondents.              :              ORDER
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Mr. Jackson's letter, addressed to Petitioner, filed on October 5, 2023 in which he explains the work he has done as counsel for Petitioner and notes that "On July 14, 2023, you submitted a letter asking for my Office to send you Judge Broderick's Decision, which we mailed to you and emailed to your family. It was also related to your family at that time that we would not be taking any further steps on your behalf" and that he is "no longer in a position to continue [his] representation." (Doc. 21 at 2.) Pursuant to Local Rule 1.4:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

Mr. Jackson's communications with Petitioner's family or letter filed at Doc. 21 do not comply with Local Rule 1.4. Accordingly, Mr. Jackson is directed to properly withdraw.

  In light of Mr. Jackson's failure to properly withdraw as counsel or file a timely notice of appeal, Petitioner is granted leave to file a late notice of appeal. Petitioner is directed to file his notice of appeal on or before December 6, 2023.

      The Clerk of the Court is directed to mail a copy of Mr. Jackson's letter filed at Doc. 21 and a copy of this Order at the address listed in Petitioner's August 7, 2023 letter, (Doc. 19), – Darryl Brown, DIN 16A4922 Clinton Correctional Facility 1156 Rt. 374 P.O. Box 2001 Dannemora, New York 12929

SO ORDERED.

Dated:    October 6, 2023
             New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge